**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Karole Jensen and Fayrell Furr, Respondents,

v.

Paul Andrew Furr, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-001461

———————

Appeal From Horry County
Jan B. Bromell Holmes, Family Court Judge

———————

Unpublished Opinion No. 2022-UP-166
Submitted March 25, 2022 – Filed March 31, 2022

———————

**AFFIRMED**

———————

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

John O. McDougall, of McDougall, Self, Currence & McLeod, LLP, of Columbia; and Deborah B. Dantzler, of Conway, both for Respondents.

Melanie Carol Nicholson, of Law Office of Melanie C. Nicholson, of North Myrtle Beach, as Guardian ad Litem.

**PER CURIAM:**  Paul Andrew Furr appeals the family court's final order terminating his parental rights to his minor child and granting the child's adoption. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2021).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Furr's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.